NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BLR GROUP OF AMERICA, INC.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5051

---

Appeal from the United States Court of Federal Claims in case no. 07-CV-579, Judge Margaret M. Sweeney.

---

## ON MOTION

---

## ORDER

BLR Group of America, Inc. moves for a 30-day extension of time, until August 30, 2011, to file its initial brief due to settlement negotiations.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUL 2 7 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Timothy F. Noelker, Esq.
    William P. Rayel, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 7 2011

JAN HORBALY
CLERK